IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, STATE OF LORIDA
CIVIL DIVISION

JOHN MOORE and                                 CASE NO.:
BONNIE LEE MOORE                         DIVISION:

        Plaintiffs,
v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

        Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiffs, JOHN MOORE and BONNIE LEE MOORE, by and through their undersigned counsel herein sues the Defendant, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and would allege as follows:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and interest.

2. That the Plaintiffs, JOHN MOORE and BONNIE LEE MOORE, was and are a resident of Polk County, Florida, at all times material hereto.

3. That the Defendant, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, was and is an insurance corporation authorized to do business in the State of Florida and does business in Polk County, Florida at all times material hereto.

4. Prior to July 7, 2014, Plaintiff, JOHN MOORE was employed by ROCKET FARMS HERBS, INC., who entered into an insurance agreement with NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, which agreement provided underinsured/uninsured benefits to the Plaintiff under a certain policy of insurance. The original policy of insurance is in the possession of the Defendant. A copy is attached and incorporated herein as Exhibit "1".

5. ROCKET FARMS HERBS, INC., who employed the Plaintiff, paid premiums on

the insurance policy each year on a timely basis and the policy was in full force and effect at the time of the accident that is the subject of this litigation.

6. According to the terms and conditions of the aforementioned policies of insurance, there is uninsured motorist benefit available to the Plaintiff, JOHN MOORE.

7. ROCKET FARMS HERBS, INC., paid premiums on the insurance policy each year on a timely basis and the policy was in full force and effect at the time of the accident that is the subject of this litigation.

8. That on or about July 7, 2014, the Plaintiff, JOHN MOORE, operated a motor vehicle owned by ROCKET FARMS HERBS, INC.

9. Plaintiff, JOHN MOORE was struck by a motor vehicle driven by TAMMIE CHESSIC, causing certain injuries to Plaintiff, JOHN MOORE.

10. That at all times material hereto, the tortfeasor, TAMMIE CHESSIC, was uninsured in the form of automobile liability insurance coverage.

11. That at all times material hereto, the tortfeasor, TAMMIE CHESSIC was underinsured in the form of automobile liability insurance coverage.

12. Plaintiff furnished the Defendant timely notice of the accident and proof of claim and has otherwise performed all conditions precedent to entitle him recovery under the underinsured motorist provision of said policy.

13. That the Defendant, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, has refused to adequately compensate the Plaintiff, and further, has suffered damages set forth as a result of the accident alleged herein.

**COUNT I vs NATIONWIDE AGRIBUSINESS INSURANCE COMPANY**

14. Plaintiff, JOHN MOORE, realleges and incorporates herein by reference all

allegations contained in paragraphs 1 through 13.

15. As a result the Plaintiff, JOHN MOORE, suffered a significant permanent loss of an important bodily function and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses and expenses are either permanent or continuing and plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, JOHN MOORE, demands judgment against the Defendant, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, in an amount within the jurisdictional limits of this Court, to wit: more than Fifteen Thousand Dollars ($15,000.00), plus costs, interest and such other relief to which the Plaintiff may be justly entitled.

## COUNT II - BONNIE LEE MOORE
## LOSS OF CONSORTIUM vs. NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

16. Plaintiff, BONNIE LEE MOORE realleges and incorporates herein by reference all allegations contained in paragraphs 1 through 13.

17. That as a direct and proximate result of the carelessness, recklessness and negligence of the tortfeasor, TAMMIE CHESSIC, Plaintiff, BONNIE LEE MOORE, has suffered a loss of companionship, affection, society and consortium of Plaintiff, JOHN MOORE. BONNIE LEE MOORE has been and will continue to be deprived of the services and consortium on the part of JOHN MOORE in the future.

WHEREFORE, Plaintiff, BONNIE LEE MOORE, demands judgment against Defendant, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, for a sum in an amount within the jurisdictional limits of this court, to wit: more than Fifteen Thousand Dollars ($15,000.00), plus costs, interest and such other relief to which the Plaintiff may be justly entitled

## DEMAND FOR TRIAL BY JURY

Plaintiffs, pursuant to Rule 1.430, Rules of Civil Procedure, hereby makes their demand for trial by jury and requests a trial by jury for all issues so triable.

Respectfully Submitted,

Dated: 3-17-17

ROBERT P. CHADWICK
Florida Bar No.: 0611824
ANGELINA WHITTINGTON
Florida Bar No.: 19666
CHADWICK & FEDEWA, P.A.
3034 Bearss Avenue West
Tampa, Florida 33618
813/264-1500
813/968-1493 - facsimile
rchadlaw@gmail.com – primary
angelina@chadwickandfedewa - secondary
Attorneys for Plaintiff

POLICY NUMBER: CPP134320A                                         COMMERCIAL AUTO

## NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

| PRODUCER: |
| --- |
| FLOOD AND PETERSON INS INC |
| 4687 W. 18THST ST. |
| PO BOX 578 |
| GREELEY CO 80634 |

**NAMED INSURED:** ROCKET FARMS HERBS, INC., DBA:
(SEE NAMED INSURED ENDORSEMENT)

**MAILING ADDRESS:** PO BOX 3756
SALINAS, CA 93912

**POLICY PERIOD:** From 09-01-2013 to 09-01-2014 at 12:01 A.M. Standard Time at your mailing address shown above

**PREVIOUS POLICY NUMBER:** CPP134320A

**FORM OF BUSINESS:**

[X] CORPORATION          [ ] LIMITED LIABILITY COMPANY          [ ] INDIVIDUAL
[ ] PARTNERSHIP          [ ] OTHER _____

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| Premium shown is payable at inception: | $ 150,017 | | | |
| --- | --- | --- | --- | --- |
| AUDIT PERIOD (IF APPLICABLE) | X ANNUALLY | SEMI-ANNUALLY | QUARTERLY | MONTHLY |

**ENDORSEMENTS ATTACHED TO THIS POLICY:**
  IL 00 17 — Common Policy Conditions (**IL 01 46** in Washington)
  IL 00 21 — Broad Form Nuclear Exclusion (Not Applicable in New York)

SEE SCHEDULE OF FORMS AND ENDORSEMENTS

COUNTERSIGNED _____ BY _____
                       (Date)                                (Authorized Representative)

**NOTE**
OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

EXHIBIT 1

AU-DEC C/W 03 10                                                                          Page 1

**ITEM TWO**

**SCHEDULE OF COVERAGES AND COVERED AUTOS**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| LIABILITY | 1 | $1,000,000 | $ 134,964 |
| PERSONAL INJURY PROTECTION (or equivalent No-fault Coverage) | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS DEDUCTIBLE. | |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS DEDUCTIBLE FOR EACH ACCIDENT. | |
| AUTO MEDICAL PAYMENTS | 2 | $ 5,000 | INCL |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | SEPARATELY STATED IN THE MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | |
| UNINSURED MOTORISTS | 2 | $ 1,000,000 | INCL |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | 2 | SEE ENDORSEMENT (S) | INCL |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 10,8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS SEE SCHEDULE DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR For Hired or Borrowed Autos. | $ 14,767 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed Autos. | |
| PHYSICAL DAMAGE COLLISION COVERAGE | 10,8 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS SEE SCHEDULE DEDUCTIBLE, FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed Autos. | INCL |
| PHYSICAL DAMAGE TOWING AND LABOR | | FOR EACH DISABLEMENT OF A PRIVATE PASSENGER AUTO. | |
| | | **TAX/ SURCHARGE/ FEE** | $ 36.43 |
| | | **PREMIUM FOR ENDORSEMENTS** | $ 250 |
| | | ***ESTIMATED TOTAL PREMIUM** | $ 150,017.43 |

*This policy may be subject to final audit.

AU-DEC C/ W  03 10                                                                                               Page 2

Insured Copy

**Nationwide® Agribusiness**
On Your Side℠

CHOLBROO / 09/23/13

## COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

☐ New    ☒ Renewal    ☐ Endorsement - Effective: 09/01/2013    | 12:01a.m. Standard Time, at your location as stated herein.

Issued By: NATIONWIDE AGRIBUSINESS INS CO

Replaces any previous declaration bearing the same number for this policy period.

**Named Insured and Mailing Address**

MONTEREY PENINSULA
HORTICULTURE, INC.
PO BOX 3756
SALINAS CA 93912

Policy Number:  CU 134320A
Client Number:  0000134320

**Producer 90440**

FLOOD AND PETERSON INS INC
4687 W 18TH STREET
PO BOX 578
GREELEY CO 80634

Phone Number:    970-356-0123

**Policy Period: From** 09/01/2013    **To** 09/01/2014
12:01 A.M. Standard Time at your mailing address.

**Form of Business:** CORPORATION
**Description of Business:** NURSERY/GREENHOUSE WHOLESALE

In return for the payment of the premium, and subject to all the terms of this policy,    **we** agree to provide **you** with the insurance as stated in this policy.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| $ | 10,000,000 | **Each Occurrence Limit** |
| $ | 10,000,000 | **Personal and Advertising Injury Limit** |
| $ | 10,000,000 | **Aggregate Limit** |
| $ | | **Surcharges, Taxes, Etc.** |

**SELF-INSURED RETENTION:**    $0

**PREMIUM:** $  81,363.00    ☒ **Flat Charge**    ☐ **Adjustable** (See Premium Schedule)

In the event of cancellation by you, we shall receive and retain not less than $  250.00  as the Minimum Premium.

CCU 51 00 07 05    Page 1 of 2

Policy <u>CU 134320A</u>

## SCHEDULE OF UNDERLYING INSURANCE

| Company, Policy Number, Policy Period | Coverage Type | Minimum Applicable Limits |
|---|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY<br>CPP 134320A<br>09/01/13 TO 09/01/14 | COMMERCIAL GENERAL LIABILITY | $2,000,000 GENERAL AGGREGATE<br>$2,000,000 PRODUCTS/COMPLETED OPERATIONS AGGREGATE<br>$1,000,000 EACH OCCURRENCE<br>$1,000,000 PERSONAL & ADVERTISING INJURY LIMIT<br>$1,000,000 EMPLOYEE BENEFITS LIABILITY EACH EMPLOYEE<br>$1,000,000 EMPLOYEE BENEFITS LIABILITY AGGREGATE |
| | COMMERCIAL AUTO LIABILITY | $1,000,000 COMBINED SINGLE LIMIT |

ENDORSEMENT ATTACHED TO THIS POLICY: See **SCHEDULE OF POLICY FORMS AND ENDORSEMENTS.**

*[signature]*

AUTHORIZED SIGNATURE

CCU 51 00 07 05                                                                                           Page 2 of 2

CU 134320A    **Schedule of Policy Forms and Endorsements**

| Form Number and Edition | Title |
| --- | --- |
| CCUC004 0705 | EXCLUSION - TRAILER INTERCHANGE COVERAGE |
| CCU5100 0705 | COMMERCIAL LIABILITY UMBRELLA DECLARATIONS |
| CCU5109 0705 | QUICK REFERENCE - COMMERCIAL UMBRELLA POLICY |
| CCU5111 0705 | SCHEDULE OF NAMED INSUREDS |
| CCU5112 0705 | SCHEDULE OF POLICY FORMS |
| CCU5126 0705 | ASBESTOS, LEAD AND RADON EXCLUSION |
| CCU5134 0705 | TSE AND FOOT AND MOUTH DISEASE |
| CCU5135 0705 | GENETICALLY MODIFIED ORGANISM EXCLUSION |
| CCU5155 0705 | EMPLOYER'S LIABILITY EXCLUSION |
| CCU5220 0705 | AMENDMENT OF COVERAGE TERRITORY DEFINITION |
| CCU5221 0705 | AMENDMENT OF BODILY INJURY DEFINITION |
| CCU5222 0413 | POLLUTION MODIFICATION ENDORSEMENT |
| CCU5238 0705 | AMENDMENT OF INSURED CONTRACT DEFINITION |
| CU0001 0413 | COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM |
| CU0191 0505 | CA - CHANGES |
| CU0223 0912 | CA CHANGES - CANCELLATION AND NONRENEWAL |
| CU0403 1207 | EMPLOYEE BENEFITS LIABILITY |
| CU2112 0900 | ABUSE OR MOLESTATION EXCLUSION |
| CU2118 0900 | EXCLUSION - YEAR 2000 COMPUTER RELATED LOSSES |
| CU2123 0202 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| CU2127 1204 | FUNGI OR BACTERIA EXCLUSION |
| CU2135 0608 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND OTHER |
| CU2150 0305 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CU2155 0608 | AMENDED TERRORISM COVERAGE - COVERED AUTOS |
| IL0017 1198 | COMMON POLICY CONDITIONS |
| IL0985 0108 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE AC |
| MLXS001 0508 | WITNESS CLAUSE |